TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00466-CV

Felipe Ma. Arellano, Appellant

v.

American Spirit Beverage Company, Inc. d/b/a American Beverage Company, Appellee

FROM THE COUNTY COURT AT LAW NO. 5 OF BEXAR COUNTY

NO. 234,851, HONORABLE RAY ADAMS, JUDGE PRESIDING 

PER CURIAM

 This Court granted appellant's first motion for extension of time to file a brief,
setting a due date of November 3, 1997. As of April 1, 1998, appellant had not tendered either
a brief or a second motion for extension of time. By letter dated April 1, 1998, the Clerk of this
Court notified appellant that failure to file a brief by May 1, 1998, would result in dismissal. See
Tex. R. App. P. 38.8(a)(1). All parties have received ten days' notice of the proposed dismissal;
we have received no response. Accordingly, we dismiss the appeal for want of prosecution. See
Tex. R. App. P. 42.3(b).

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed for Want of Prosecution

Filed: May 21, 1998

Do Not Publish